JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY RENEE MESSMER,<br><br>   Plaintiff,<br><br> vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 5:20-cv-01375-JDE<br><br>ORDER OF DISMISSAL |

  Pursuant to the parties' Stipulation (Dkt. 15), the above-captioned matter is DISMISSED with prejudice, each party to bear its own fees, costs, and expenses.

DATED: June 10, 2021

               JOHN D. EARLY
               United States Magistrate Judge